EXHIBIT 4

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| JOHN WALKER, <br><br> Plaintiff, <br><br> v. <br><br> NEWMAN UNIVERSITY, INC., *et al.*, <br><br> Defendants. | Case No.: 2:19-cv-02005-DDC-TJJ |

## DEFENDANT NEWMAN UNIVERSITY INC.'S PRIVILEGE LOG

Defendant Newman University, Inc. ("Defendant") submits the following Privilege Log, which identifies documents and information protected from discovery, to Plaintiff. Defendant also asserts a categorical privilege with regard to any attorney-client privileged communications by, to, and between defense counsel and their client. Documents covered under this categorical privilege will not be individually itemized. For purposes of the attorney-client relationship, the client includes management-level employees of Newman University, Inc. and the members of the Board of Trustees of Newman University, Inc.

Defendant also asserts a categorical privilege with regard to any attorney work-product prepared by an attorney or at the direction of an attorney after anticipation of litigation. Documents covered by this protection after the anticipation of litigation will not be itemized on the log.

To the extent documents were produced and portions were redacted due to attorney-client privilege, work product protection, and or otherwise protected from disclosure due to the Family Educational Rights Privacy Act, ("FERPA") they are included below. Documents withheld in their entirety are included within this privilege log.

4847-6760-6696.1

| Line # | Bates Nos. | Date | Identity of Creator | Identity of Person for Whom Document Was Prepared | Description | What is withheld | Privileges Asserted |
|---|---|---|---|---|---|---|---|
| 1 | N-W-A000805-806 | September 6, year unknown | Vic Trilli, Former Athletic Director, Newman University | Vic Trilli, Former Athletic Director, Newman University | Personal notes regarding Title IX investigation with student personally identifiable information | Line redactions throughout for personally identifiable student information | FERPA |
| 2 | N-W-A000903-1024 | Dates are on the e-mails | Unknown | Newman University | E-mail correspondence with student personally identifiable information | Line redactions throughout for personally identifiable student information | FERPA |
| 3 | N-W-A000873 to N-W-A000882 | Dates are on the e-mails | Names are on the e-mails | Names are on the e-mails | E-mail strings about insurance for terminated employees | Confidential information about employees, including social security numbers | Confidential information about employees, including social security numbers |
| 4 | N-W-A000893 | Unknown | Michael Austin | Kimberly Long | Notes for Kimberly Long regarding issues of concern | Personal phone number and e-mail of third party | Confidential information |
| 5 | N-W-A000903-A001024 | Dates are on the e-mails | Names are on the e-mails | Names are on the e-mails | E-mail correspondence containing highly confidential student personally identifiable and private information | Line redactions throughout for personally identifiable student information | FERPA |
| | | | | | | | |

| 6 | N-W-A001044-1051 | December 21, 2017 | FERPA protected student | Father Joe Gile | Written student complaint about John Walker | Redactions for personally identifiable student information | FERPA |
|---|---|---|---|---|---|---|---|
| 7 | N-W-A001055 | December 6, 2017 | Mo Floyd | Newman University | Incident Report containing personally identifiable student information | Redactions for personally identifiable student information | FERPA |
| 8 | N-W-A001057 to N-W-A001060 | November 20, 2017 | Victor Trilli | Newman University | Handwritten notes containing personally identifiable student information | Entire document | Withheld to give student notice pursuant to FERPA |
| 9 | N-W-A002060 | Unknown | Unknown | Unknown | Audio recording of Father Gile and unknown female, including discussion of personally identifiable student information | Entire audio recording | Withheld to give student notice pursuant to FERPA |
| 10 | N-W-A001029-1038 | December 18, 2017 | Icer Vaughn | Newman University | Notes containing personally identifiable student information | Entire document | Withheld to give student notice pursuant to FERPA |
| 11 | N-W-A001027 to N-W-A001028 | December 10, 2017 | Kim Long | Jennifer Gantz, Noreen Carrocci | E-mails regarding concerns about John Walker, containing personally identifiable student information | Entire document | Withheld to give student notice pursuant to FERPA |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 12 | N-W-A000866 | November 15, 2017 | Unknown | Unknown | Screen shot of computer files containing personally identifiable student information | Entire document | Withheld to give student notice pursuant to FERPA |
| 13 | N-W-A000852 | November 16, 2017 | Unknown | Unknown | Audio recording of student, containing personally identifiable student information | Entire recording | Withheld to give student notice pursuant to FERPA |
| 14 | N-W-A000851 | November 15, 2017 | Unknown | Unknown | Audio recording of student, containing personally identifiable student information | Entire recording | Withheld to give student notice pursuant to FERPA |
| 15 | N-W-A000850 | November 15, 2017 | Unknown | Unknown | Notes regarding interview of student, containing personally identifiable student information | Entire document | Withheld to give student notice pursuant to FERPA |
| 16 | N-W-A000824 to N-W-A000849 | November 2017 | Sonja Vogt and Student protected by FERPA until given opportunity to object to FERPA notice | Newman University | Screen shot of phone communications containing personally identifiable student information | Entire document | Withheld to give student notice pursuant to FERPA |
| 17 | N-W-A00821-823 | November 5, 2017 | Unknown | Unknown | Videos containing personally identifiable student information | Entire videos | Withheld to give student notice pursuant to FERPA |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 18 | N-W-A000818 to N-W-A000820 | November 30, 2017 | Unknown | Unknown | Notes containing personally identifiable student information | Entire document | Withheld to give student notice pursuant to FERPA |
| 19 | N-W-A000810 to N-W-A000817 | Unknown | Sonja Vogt | Unknown | Screen shot photos of texts and emails containing personally identifiable student information | Entire document | Withheld to give student notice pursuant to FERPA |
| 20 | N-W-A000494 to N-W-A000527 | Unknown | Sonja Vogt and student protected by FERPA until given opportunity to object to FERPA notice | Unknown | Screen shots of text messages containing personally identifiable student information | Entire document | Withheld to give student notice pursuant to FERPA |
| 21 | N-W-A000580 to N-W-A000581 | Unknown | FERPA protected students | Unknown | Screen shots of text messages between students. | Entire document | Withheld pursuant to FERPA |
| 22 | N-W-A000601 | November 10, 2017 | Levi Esses, Dean of Students | FERPA protected students | Letter regarding student discipline | Entire document | Withheld pursuant to FERPA |
| 23 | N-W-A000602 to N-W-A000604 | November 20, 2017 | District Court of Sedgwick County, Kansas | FERPA protected student | Protection from Stalking | Entire document | Withheld pursuant to FERPA |
| 24 | N-W-A000801 to N-W-A000804 | Unknown | FERPA protected student | Unknown | Screen shots of text messages, photos, and Facebook messages protected by FERPA | Entire document | Withheld pursuant to FERPA |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 25 | N-W-A001159 - N-W-A001163 | Dates Identified in the document | Case Bell, Director of Academic Resource Center, Title IX/ADA Coordinator, Newman University | Case Bell, Director of Academic Resource Center, Title IX/ADA Coordinator, Newman University | Case Bell's Notes Regarding Destiny Clark; Contact Log | Entire Document | Withheld to give student notice pursuant FERPA |
| 26 | N-W-A000684 - N-W-A000685 | November 15, 2017 | Destiny Clark, Former Newman Volleyball coach | John Walker and Ms. Deloach | Letter from Ms. Clark to Walker and Deloach speaking about the Newman magazine | Entire Document | Withheld to give student notice pursuant to FERPA |
| 27 | N-W-A001061 to N-W-A001063 | November 2017 | Fr. Joseph Gile; John Walker | Fr. Joseph Gile; John Walker | Email communications between John Walker and Fr. Giles. | Line redactions for personally identifiable student information subject to FERPA. | FERPA |
| 28 | N-W-A001065 to N-W-A001068 | November 5, 2017 | Fr. Joseph Gile | Fr. Joseph Gile | Notes created by Fr. Joseph Gile about interaction with John Walker | Line redactions for personally identifiable student information subject to FERPA. | FERPA |
| 29 | N-W-A001085 | November 29, 2017 | Mr./Mrs. Werth | Newman University | Screenshot of text conversation between Newman Student and Werth. | Line redactions for personally identifiable student information subject to FERPA. | FERPA |

| 30 | N-W-A000605 to N-W-A000606 | September 11, 2017 | Newman University Student-Athletes | President Noreen Carrocci | Grievance letter from the identified creator to President Carrocci | Section redactions for personally identifiable student information subject to FERPA. | FERPA |
|---|---|---|---|---|---|---|---|
| 31 | N-W-A000646 to N-W-A000665 | Multiple dates identified in the document. | Identity of creators are in the document | Multiple receiving parties are identified in the documents | Destiny Clark's emails to Victor Trelli and others with handwritten annotations. | Line redactions for personally identifiable student information subject to FERPA | FERPA |
| 32 | N-W-A001743 to N-W-A001774 | November 29, 2017 | Destiny Clark | Destiny Clark | Handwritten notes of Destiny Clark dairying certain events. | Line redactions for personally identifiable student information and attorney client privilege and work product. | FERPA; Attorney – client; work product doctrine |
| 33 | N-W-A001819 to N-W-A001831 | Multiple dates identified in the document. | Destiny Clark | Multiple recipients identified in document | Emails regarding student scholarship funding and meeting minutes. | Single name strike for personally identifiable student information | FERPA |
| 34 | N-W-A001832 to N-W-A001849 | November 21, 2017 | Mandy Greenfield, Director of Human Resources, Newman University | Sonja Vogt | Letter regarding Title IX complaint and Ms. Vogt's suspension | Entire document | Withheld to give student notice pursuant to FERPA |

| 35 | N-W-A002343-002402 | November 2017 | Newman University Staff | Collected by John Walker | Emails on various topics including: Title IX complaints, Timeline's of events; Investigations; Scholarships; Funding; Student-Professor altercations; etc. | Entire document | Withheld to give student notice pursuant to FERPA |
|---|---|---|---|---|---|---|---|
| 36 | N-W-A002284-2342 | November 2017 | Newman University Staff | Collected by John Walker | Emails on various topics including: Title IX complaints, Timeline's of events; Investigations; Scholarships; Funding; Student-Professor altercations; etc. | Entire document | Withheld to give student notice pursuant to FERPA |
| 37 | N-W-A002100-2166 | November 2017 | Newman University Staff | Collected by John Walker | Emails on various topics including: Title IX complaints, Timeline's of events; Investigations; Scholarships; Funding; Student-Professor altercations; etc. | Entire document | Withheld to give student notice pursuant to FERPA |

| # | Bates | Date | Source | Collection | Description | Withheld | Reason |
|---|---|---|---|---|---|---|---|
| 38 | N-W-A002403-2494 | November 2017 | Newman University Staff | Collected by John Walker | Emails on various topics including: Title IX complaints, Timeline's of events; Investigations; Scholarships; Funding; Student-Professor altercations; etc. | Entire document | Withheld to give student notice pursuant to FERPA |
| 39 | N-W-A002227-002283 | November 2017 | Newman University Staff | Collected by John Walker | Emails on various topics including: Title IX complaints, Timeline's of events; Investigations; Scholarships; Funding; Student-Professor altercations; etc. | Entire document | Withheld to give student notice pursuant to FERPA |
| 40 | N-W-A002167-002226 | November 2017 | Newman University Staff | Collected by John Walker | Emails on various topics including: Title IX complaints, Timeline's of events; Investigations; Scholarships; Funding; Student-Professor altercations; etc. | Entire document | Withheld to give student notice pursuant to FERPA |

| 41 | N-W-A000083 | January 4, 2018 | Alan L. Rupe | John Walker, Title IX Investigator | John Walker's Address | 2 pages | Private personal information |
|---|---|---|---|---|---|---|---|
| 42 | N-W-A000092-93 | July 31, 2009 | John Walker, Newman University | Newman University | FERPA protected information, i.e., student records or personally identifiable information | 2 pages | FERPA |
| 43 | N-W-A000094-95 | July 28, 2008 | John Walker, Friends University | Newman University | FERPA protected information, i.e., student records or personally identifiable information | 2 pages | FERPA |
| 44 | N-W-A000139 | January 29, 2018 | John Walker, Newman University | John Walker | FERPA protected information, i.e., student records or personally identifiable information | 1 page | FERPA |
| 45 | N-W-A000193 | January 17, 2018 | Kansas Department of Revenue | Newman University | John Walker's Social Security number | 1 page | Private personal information |
| 46 | N-W-A000357 | Unknown | Newman University | Newman University | FERPA protected information, i.e., student records or personally identifiable information | 1 page | FERPA |
| 47 | N-W-A000402 | Unknown | Newman University | Newman University | FERPA protected information, i.e., student records or personally identifiable information | 1 page | FERPA |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 48 | N-W-A000433 | August 1, 2014 | John Walker | Newman University | Personal information such as home addresses and telephone numbers | 1 page | Private personal information |
| 49 | N-W-A000434-435 | August 1, 2014 | John Walker, Newman University | John Walker | Personal information such as home addresses and telephone numbers | 2 page | Private personal information |
| 50 | N-W-A000436 | November 15, 2013 | John Walker | Newman University | Personal information such as home addresses and telephone numbers | 2 pages | Private personal information |
| 51 | N-W-A000438 | November 15, 2013 | John Walker | Newman University | Personal information such as home addresses and telephone numbers | 5 pages | Private personal information |
| 52 | N-W-A000443 | November 15, 2013 | John Walker | Newman University | Personal information such as home addresses and telephone numbers | 6 pages | Private personal information |
| 53 | N-W-A000462 | May 10, 2019 | EEOC | Lewis Brisbois Bisgaard & Smith | Personal information such as home addresses and telephone numbers | 10 pages | Private personal information |
| 54 | N-W-A000462 | February 2, 2019 | EEOC | John Walker | Personal information such as home addresses and telephone numbers | 1 page | Private personal information |
| 55 | N-W-A000467 | October 31, 2018 | John Walker | Kansas Human Rights Commission, EEOC | Personal information such as home addresses and telephone numbers | 1 page | Private personal information |

| 56 | N-W-A000481 | October 31, 2018 | John Walker | Kansas Human Rights Commission, EEOC | Personal information such as home addresses and telephone numbers | 1 page | Private personal information |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 57 | N-W-A000528-531 | November 7, 2017 | Destiny Clark | Lisa DeLoach and John Walker | FERPA protected information, i.e., student records or personally identifiable information | 1 ½ pages | FERPA |
| 58 | N-W-A000532 to N-W-A000555 | November 29, 2017 | Destiny Clark | John Walker | FERPA protected information, i.e., student records or personally identifiable information | 24 pages; all had FERPA information on them | FERPA |
| 59 | N-W-A000556 to N-W-A000579 | November 28, 2019 | Destiny Clark | John Walker | FERPA protected information, i.e., student records or personally identifiable information | 24 pages; all had FERPA information on them | FERPA |
| 60 | N-W-A000687 to N-W-A000692 | Unknown | Vic Trilli, Former Vice President for Student Affairs, Director of Athletics, Newman University | For himself | FERPA protected information, i.e., student records or personally identifiable information | 6 pages | Withheld to give student notice pursuant to FERPA |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 62 | N-W-A001860 and 1862 | Date within document | Tracy McGrary, Secretary Newman Board of Trustees | Newman University Board of Trustees | Minutes regarding Bachelor of Social Work with FERPA protected student personally identifiable student information | 1 line and 1 paragraph redacted | FERPA |
| 63 | N-W-A001915-001929 | December 22, 2017 | Kim Long, Provost Newman University | Alan Rupe | Timeline of events concerning John Walker's employment made for attorneys in anticipation of litigation | 15 pages | Attorney-Client and Work Product |
| 64 | N-W-A001962-001964 | Date Unknown | John Walker | John Walker | Notes of Title IX interviews with FERPA protected personally identifiable student information | 3 pages | Withheld to give student notice pursuant to FERPA |
| 65 | N-W-A001965-001967 | Date Unknown | John Walker | John Walker | Notes of Title IX interviews with FERPA protected personally identifiable student information | Line redactions for student personally identifiable student information | FERPA |
| 66 | N-W-A001971 | Date within document | Mo Floyd, Director of Security Newman University | Unknown | Documentation of discussion with Noreen Carrocci regarding attorneys | 1 paragraph | Attorney-Client |

| 67 | N-W-A001973-001976 | Date within the document | Father Joseph Gile | Father Joseph Gile | Notes of interaction with John Walker including FERPA protected personally identifiable student information | Line redactions for personally identifiable student information | FERPA |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 68 | N-W-A001981 | Date within document | Newman University | Newman University Students | FERPA protected personally identifiable student information | Signature and name of student redacted | FERPA |
| 69 | N-W-A002046-002047 | Date within the document | Mo Floyd, Director of Security Newman University | Security Employees, Newman University | FERPA protected personally identifiable student information | Text messages concerning student banned from campus | FERPA |
| 70 | N-W-A002087-A002089 | Dates within the documents | Tracy McGrary, Secretary Newman Board of Trustees | Newman University Board of Trustees | Executive Board Minutes containing documentation of attorney client communications. | 3 pages with Attorney-client communications redacted | Attorney-Client |
| 71 | N-W-A002502-2507 | January 16, 2018 | Jeremy K. Schrag, Laura J. Anson, and Christina M. Guerin | Newman University Executive Committee | Report to Executive Committee Regarding Esses Title IX Investigation | Line redactions for personally identifiable student information | FERPA |

| 72 | N-W-A002508-2523 | January 16, 2018 | Jeremy K. Schrag, Laura J. Anson, and Christina M. Guerin | Newman University Executive Committee | Report to Executive Committee regarding Destiny Clark Title IX Investigation | 16 Pages | Withheld to give student notice pursuant to FERPA |

/s/ Alan L. Rupe
Alan L. Rupe, #08914
Nanette Turner Kalcik, KS #24030
LEWIS BRISBOIS BISGAARD & SMITH LLP
1605 N. Waterfront Parkway, Suite 150
Wichita, Kansas 67206
Telephone: (316) 609-7900
Facsimile: (316) 462-5746
alan.rupe@lewisbrisbois.com
nanette.kalcik@lewisbrisbois.com

*Attorney for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on October 10, 2019, I served the above Defendant's Privilege Log by electronic mail to:

Sarah A. Brown
Dan Curry
Erin Vernon
Brown & Curry, LLC
sarah@brownandcurry.com
dan@brownandcurry.com
erin@brownandcurry.com

/s/ Alan L. Rupe
Alan L. Rupe