**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| **JOHN WALKER,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **vs.** | )   **Case No.  2:19-cv-02005-DDC-TJJ** |
| | ) |
| **NEWMAN UNIVERSITY,  INC., et al** | ) |
| | ) |
| **Defendants.** | ) |

<u>**PLAINTIFF'S SECOND REQUEST FOR PRODUCTION OF DOCUMENTS**</u>
<u>**TO DEFENDANT NEWMAN UNIVERSITY, INC.**</u>

COMES NOW Plaintiff and, pursuant to the Federal Rules of Civil Procedure, hereby requests Defendant Newman University, Inc. to produce the following described items or documents within thirty (30) days from the date of receipt of service hereof in the offices of Brown & Curry, LLC, 1600 Genessee St., Suite 956, Kansas City, MO 64102 or forward copies of the requested documents by mail within thirty (30) days from receipt of this request.

### DEFINITIONS AND INSTRUCTIONS

1.      The terms "you," your, " "Newman University" or "Newman,"  as used herein, shall refer to Defendant Newman University, Inc. and any agent, servant or employee or other person acting or purporting to act on behalf of that Defendant.

2.      As used herein the term "document" shall include the original and any copy of all written, printed, typed, recorded, graphic, computer-generated, or other matter of any kind from which information can be derived, whether produced, reproduced, or stored on paper, cards, tape, film, electronic facsimile, computer storage devices or any other medium in your possession, custody or control.  It includes, without limitation, emails, letters, memoranda (whether of meetings, telephone calls or otherwise), appointment calendars, diaries, schedules, books, indices, printed forms (whether official or unofficial), publication, press releases, notices, brochures,

EXHIBIT 4

pamphlets, guidelines, manuals, instructions, minutes, summaries or abstracts, reports, files, file

jackets, transcripts, data processing cards, computer tapes, printouts, information contained in, on,

or retrievable from computer programs, bulletins, written questions and answers, charts, exhibits,

blueprints, drawings, diagrams, graphs, tables, photographs, recordings, speeches, telegrams,

cables, telex messages, microfilms, opinions, studies, papers, analyses, evaluations, proposals,

budget materials, invoices, financial statements, contracts, specifications, applications, motions,

petitions, complaints, answers, responses, replies, protests, verified statements, hearing transcripts,

attachments, filings, submissions and pleadings.  The terms "document" or "documents" also shall

include each copy that is not identical to the original or to any other produced copy, and any

preliminary drafts of any document or working papers related thereto.

3.      In responding to this request for production, you are required to furnish all

information that is available to you, or that is under your control including information in the

possession of your attorneys, accountants, advisors or other persons directly or indirectly

employed by or connected with you or your attorneys or anyone else otherwise subject to your

control.

4.      In the event you seek to withhold or do withhold any document, in whole or in part,

on the basis that it is not subject to discovery, produce a list of all such documents and, as to each

such document, state:

    a.    The name of each author, writer, sender or initiator of each such document;
    b.    The name of each recipient, addressee or party to whom such document was sent or intended to be sent;
    c.    The date of the document or, if no date appears on the document, the date the document was prepared;
    d.    The title of the document, or if it has no title, then such other description of the document and its subject matter as shall be sufficient to identify the document;  and
    e.    The grounds claimed for withholding the document from discovery (e.g., attorney-client privilege, work product, or any other grounds), and the factual basis for such a claim.

6.     This Request is a continuing one, and requires that you produce all responsive documents and tangible objects whenever you obtain or become aware of them, even if they are not in your possession or available to you on the date you first produce documents pursuant to this Request.

### DOCUMENTS TO BE PRODUCED

1.     For the period January 1, 2017 to present, produce all emails or text messages sent, received, or drafted (even if not sent) by Kim Long which contain "JW".

**RESPONSE:**


2.      All documents pertaining to any search for recording devices, recording programs, recording software or bugs at Newman University from September 1, 2017 – January 31, 2018.

**RESPONSE:**


3.     All documents pertaining to any wrongdoing, error, failure, inappropriate activity or crime alleged to be committed by John Walker.

**RESPONSE:**


4.     A copy of Sonja Vogt's phone data saved to the hard-drive of Walker's Newman University computer.

**RESPONSE:**

5.      All documents pertaining to Newman University's Threat/Risk Assessment Process, including all policies, guidelines, procedures and training materials setting forth that process.

**RESPONSE:**


6.      All documents identifying members of a Threat/Risk Assessment Group or Team from January 1, 2014 – January 31, 2018.

**RESPONSE:**


7.      All documents generated by a Threat/Risk Assessment Group or Team from January 1, 2014 – January 31, 2018 concerning John Walker.

**RESPONSE:**


8.      All documents reviewed by a Threat/Risk Assessment Group or Team from January 1, 2014 – January 31, 2018 concerning John Walker.

**RESPONSE:**


9.      All documents related to training provided to or attended by a threat or risk assessment group or team from January 1, 2014 – January 31, 2018.

**RESPONSE:**


10.     All documents related to or evidencing steps Newman University took to assess whether Plaintiff was a threat or risk to anyone.

**RESPONSE:**

11.     All documents related to assessment tools, instruments and resources Newman University utilized to assess whether John Walker was a threat or risk to anyone.

**RESPONSE:**


12.     All documents related to each principal or material fact Defendant relied upon to determine that Walker was a risk or perceived to be a risk to him or others as referenced in W00623.

**RESPONSE:**


13.     All documents related to opportunities Newman University provided to Plaintiff to respond to allegations that that he was threatening or perceived to be threatening to his colleagues and students.

**RESPONSE:**


14.     All documents related to opportunities Newman University provided Plaintiff to respond to allegations that Plaintiff abusive or was perceived to have abused students' trust and personal confidences.

**RESPONSE:**


15.     All documents related to each principal or material fact Defendant relied upon to determine that Walker had abused or was perceived to have abused students' trust or personal confidences as referenced in W00623.

**RESPONSE:**

16.     Kim Long's calendar entries and invites from August 1, 2017 – January 31, 2018.

**RESPONSE:**

17.     Jennifer Gantz's calendar entries and invites from August 1, 2017 – January 31, 2018.

**RESPONSE:**

18.     Noreen Carrocci's calendar entries and invites from August 1, 2017 – January 31, 2018.

**RESPONSE:**

19.     Katie Link's calendar entries and invites from August 1, 2017 – January 31, 2018.

**RESPONSE:**

20.     Lisa Deloach's calendar entries and invites from August 1, 2017 – January 31, 2018.

**RESPONSE:**

21.     John Walker's calendar entries and invites from August 1, 2017 – January 31, 2018.

**RESPONSE:**

22.     Teresa Hall Bartels' calendar entries and invites from October 1, 2017 – January 31, 2018.

**RESPONSE:**

23.     All notes created by Teresa Hall Bartels related to John Walker in original native format (i.e. Word, OneNote or any other word processing or note program or application).

**RESPONSE:**

24.     All policies and procedures related to attendance, sick leave and office hours that applied to Plaintiff in 2017.

**RESPONSE:**

25.     All memos and notes created by Jennifer Gantz related to John Walker in original native format (i.e. Word, OneNote or any other word processing or note program or application) August 1, 2017 through January 31, 2018.

**RESPONSE:**

26.     All memos and notes created by Kimberly Long related to John Walker in original native format (i.e. Word, OneNote or any other word processing or note program or application) August 1, 2017 through January 31, 2018.

**RESPONSE:**

27.     All memos and notes created by Noreen Carrocci related to John Walker in original native format (i.e. Word, OneNote or any other word processing or note program or application) August 1, 2017 through January 31, 2018.

**RESPONSE:**

28.     All memos, notes or complaints created by Katie Link related to John Walker in original native format (i.e. Word, OneNote or any other word processing or note program or application August 1, 2017 through January 31, 2018.

**RESPONSE:**


29.     All notes or complaints created by Jill Fort related to John Walker in original native format (i.e. Word, OneNote or any other word processing or note program or application) August 1, 2017 through January 31, 2018.

**RESPONSE:**


30.     All notes or complaints created by Mike Duxler related to John Walker in original native format (i.e. Word, OneNote or any other word processing or note program or application) August 1, 2017 through January 31, 2018.

**RESPONSE:**


31.     All notes or complaints created by Fr. Joe Gile related to John Walker in original native format (i.e. Word, OneNote or any other word processing or note program or application) August 1, 2017 through January 31, 2018.

**RESPONSE:**


32.     Teresa Hall Bartels' phone records from October 1, 2017 – January 31, 2018.

**RESPONSE:**

33.     For the period of October 1, 2017 to January 31, 2018, produce all emails or text messages between Fr. Gile and Kimberly Long that contain the following terms.

a.  HR

b.  Human Resources

c.  JW

d.  John

e.  Walker

f.  complain complained complaining complaint

g.  investigate investigated investigating investigation

h.  coordinate coordinated coordinating coordinator

i.  discriminate discriminated discriminating discrimination

j.  retaliate retaliated retaliating retaliation

k.  discriminate discriminated discriminating discrimination

l.  harass harassed harassing harassment

m.  terminate terminated terminating termination

n.  suspend suspended suspending suspension

o.  allegations

p.  leave

q.  evidence

r.  lawsuit

s.  sue

t.  liability

u.  exposure

v.  whistle whistleblower whistleblowing

w.  Vic

x.  Trilli

y.  Icer

**RESPONSE:**


34.    For the period of October 1, 2017 to January 31, 2018, produce all emails or text messages sent to or received by Jill Fort, Jennifer Gantz, Fr. Gile, Icer Vaughn, Noreen Carrocci, Teresa Hall Bartels, J.T. Klaus, Mo Floyd, Kimberly Long, Mike Duxler or David Shubert that contain the following terms:

a.  John or Walker or JW [within same communication or document as] complain complained complaining complaint

b.  John or Walker or JW [within same communication or document as] investigate investigated investigating investigation

c.  John or Walker or JW [within same communication or document as] danger dangerous

a.  John or Walker or JW [within same communication or document as] risk

b.  John or Walker or JW [within same communication or document as] shoot shooter

c.  John or Walker or JW [within same communication or document as] gun

d.  John or Walker or JW [within same communication or document as] cancel

e.  John or Walker or JW [within same communication or document as] Winter Institute

d.  John or Walker or JW [within same communication or document as] threat threatened threatening

e.  John or Walker or JW [within same communication or document as] behave behaved behaving behavior

f.  John or Walker or JW [within same communication or document as] terminate terminated terminating termination

g.  John or Walker or JW [within same communication or document as] allegation

h.  John or Walker or JW [within same communication or document as] leave

i.  John or Walker or JW [within same communication or document as] lock

j.  John or Walker or JW [within same communication or document as] lockdown

k.  John or Walker or JW [within same communication or document as] evidence

l.  John or Walker or JW [within same communication or document as] lawsuit

m.  John or Walker or JW [within same communication or document as] sue

n.  John or Walker or JW [within same communication or document as] liability

o.  John or Walker or JW [within same communication or document as] exposure

p.  John or Walker or JW [within same communication or document as] whistle whistleblower whistleblowing

q.  John or Walker or JW [within same communication or document as] Vic

r.  John or Walker or JW [within same communication or document as] Trilli

s.  John or Walker or JW [within same communication or document as] Security

t.  John or Walker or JW [within same communication or document as] absent absence

u.  John or Walker or JW [within same communication or document as] roof

v.  John or Walker or JW [within same communication or document as] record recorded recording

**RESPONSE:**

11

35.     All documents related to Walker either following Long or sitting outside her house from January 1, 2018 – August 31, 2019.

**RESPONSE:**

36.     All documents related to Long seeking a protection from stalking order against John Walker.

**RESPONSE:**

37.     All documents related to payment of Walker's attorney's fees as a result of Long seeking order of protection against Walker.

**RESPONSE:**

38.     All documents related to surveillance of Walker by Defendant or any of its employees or representatives from September 1, 2017 to the present.

**RESPONSE:**

39.     For the period of January 3, 2018 to August 31, 2019, produce all emails or text messages sent to or received by Jill Fort, Jennifer Gantz, Fr. Gile, Icer Vaughn, Noreen Carrocci, Teresa Hall Bartels, J.T. Klaus, Mo Floyd, Kimberly Long, Rosemary Niedens, Mike Duxler or David Shubert that contain the following terms:

        a.   John or Walker or JW [within same communication or document as] police

        b.   John or Walker or JW [within same communication or document as] sheriff

        c.   John or Walker or JW [within same communication or document as] surveil, surveilled, surveilling, surveillance

12

d.   John or Walker or JW [within same communication or document as] cop

e.   John or Walker or JW [within same communication or document as] stalk stalked stalking

f.   John or Walker or JW [within same communication or document as] scare scared scaring

g.   John or Walker or JW [within same communication or document as] fear feared fearing

h.   John or Walker or JW [within same communication or document as] watch watched watching

i.   John or Walker or JW [within same communication or document as] follow followed following

j.   John or Walker or JW [within same communication or document as] danger dangerous

k.   John or Walker or JW [within same communication or document as] threat threatened threatening

l.   John or Walker or JW [within same communication or document as] protect protected protecting protection

m.  John or Walker or JW [within same communication or document as] church

n.   John or Walker or JW [within same communication or document as] diner

o.   John or Walker or JW [within same communication or document as] Delano

p.   John or Walker or JW [within same communication or document as] breakfast

q.   John or Walker or JW [within same communication or document as] report

**RESPONSE:**

Respectfully submitted,


/s/ Sarah A. Brown
Sarah A. Brown, KS# 12130
Erin Vernon, KS#25792 (Of Counsel)
Brown & Curry, LLC
1600 Genessee, Suite 956
Kansas City, MO 64102
(816) 756-5458
(816) 666-9596 (fax)
sarah@brownandcurry.com
erin@brownandcurry.com
ATTORNEYS FOR PLAINTIFF



## CERTIFICATE OF SERVICE

I hereby certify that on February 4, 2020, the foregoing document was served by email to

the following:

Alan L. Rupe
Nanette Kalcik
Ellen Rudolph
Lewis Brisbois Bisgaard & Smith, LLP
1605 N. Waterfront Parkway, Suite 150
Wichita, Kansas 67206
(316) 609-7900
(316) 462-5746
alan.rupe@lewisbrisbois.com
nanette.kalcik@lewisbrisbois.com
ellen.rudolph@lewisbrisbois.com

ATTORNEYS FOR DEFENDANTS

/s/ Sarah A. Brown
ATTORNEY FOR PLAINTIFF